pletely exonerate Gray. The newly discovered evidence presented does not rise to the level to authorize Rule 30.20 relief. Therefore, this point must be denied.

## CONCLUSION

The judgment of the trial court is affirmed in whole.

All concur.

---

## ORDER

PER CURIAM.

Kerry Caldwell (Movant) appeals from the judgment denying his Rule 24.035 motion on the merits without a hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

---

**Kerry CALDWELL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 76448.**

Missouri Court of Appeals,
Eastern District,
Division Three.

May 2, 2000.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 14, 2000.

Application for Transfer Denied
Aug. 29, 2000.

Dave Hemingway, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Andrea L. Mazza, Asst. Atty. Gen., Jefferson City, for respondent.

Before RICHARD B. TEITELMAN, P.J., CLIFFORD H. AHRENS, J., and LAWRENCE E. MOONEY, J.

---

**Oscar F. RANDLE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 76732.**

Missouri Court of Appeals,
Eastern District,
Division One.

May 2, 2000.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 5, 2000.

Application for Transfer Denied
Aug. 29, 2000.

Dave Hemingway, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Andrea L. Mazza, Asst. Atty. Gen., Jefferson City, for respondent.

Before GARY M. GAERTNER, P.J. and PAUL J. SIMON and JAMES R. DOWD, JJ.